JOSEPHINE AJAEB, Appellant, *v.* JAMES AJAEB, Respondent.

Submitted May 29, 1950; decided June 2, 1950.

*Samuel Bader* for appellant.

*Albert Adams* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.